IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH FELDER**         ) | |
|    Petitioner,         ) | **CRIMINAL NO: 07-00047-CG-N-10** |
|              ) | |
| vs.         ) | |
|              ) | |
| **UNITED STATES OF AMERICA,**   ) | |
|    Respondent.         ) | |

## REPORT AND RECOMMENDATION

This matter is before the Court on Petitioner Joseph Felder's motion pursuant to 28 U.S.C. § 2255. (Doc. 736). This matter was held in abeyance pending the *Beckles v. United States* decision. (Doc. 739). On March 6, 2017, the United States Supreme Court decided *Beckles,* holding that "the [Sentencing] Guidelines are not subject to a vagueness challenge under the Due Process Clause. The residual clause in §4B1.2(a)(2) therefore is not void for vagueness." 137 S. Ct. 886, 892 (2017).

On October 20, 2017, Petitioner, through counsel, filed a motion to dismiss his § 2255 motion without prejudice. (Doc. 772). The United States does not oppose this motion. (*Id*.). Pursuant to Federal Rule of Civil Procedure 41(a)(2), "An action may be dismissed at the [petitioner's] request only by court order, on terms that the court considers proper. Unless the order states otherwise, a dismissal under this paragraph ... is without prejudice." Having found that dismissal is proper, the undersigned **RECOMMENDS** that Petitioner's motion to dismiss (Doc. 772) be **GRANTED** and that this action be **DISMISSED WITHOUT PREJUDICE**.

1

## NOTICE OF RIGHT TO FILE OBJECTIONS

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to this recommendation or anything in it must, within fourteen (14) days of the date of service of this document, file specific written objections with the Clerk of this Court. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); S.D. Ala. GenLR 72(c). The parties should note that under Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice." 11th Cir. R. 3-1. In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the Magistrate Judge is not specific.

**DONE** and **ORDERED** this **25th** day of **October 2017**.

                                           */s/ Katherine P. Nelson*
                                           **KATHERINE P. NELSON**
                                           **UNITED STATES MAGISTRATE JUDGE**