**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH FELDER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 07-00047-CG-N** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Petitioner's motion to dismiss his § 2255 motion without prejudice (Doc. 772) is **GRANTED**. Accordingly, the Petition is hereby **DISMISSED WIHTOUT PREJUDICE**.

**DONE and ORDERED** this 16th day of November, 2017.


/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE